AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schanzle-Haskins, Thomas P. | United States District Court Central District of Illinois | 09/01/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination ☐ Date  ☐ Initial ☑ Annual ☐ Final  **5b.** ☑ Amended Report | 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
600 E. Monroe St.
Springfield, IL 62701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 09/01/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2020 | State of Illinois Retirement |
| 2. | 10/2020 | Family Farm Rental |
| 3. | 1-12/2020 | Midwest Region Organizing Comm, LIUNA |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 09/01/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank, Springfield, Illinois | Unsecured line of credit | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 09/01/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Variable Life Insurance, Managed Volatility Fund (D) | | None | J | T | | | | | |
| 2. Interest bearing check acct, Illinois National Bank, Springfield, IL | A | Interest | K | T | | | | | |
| 3. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 4. CAIBX Capitol Income Builder | A | Dividend | J | T | | | | | |
| 5. AGTHX Gr Fd of Am | A | Dividend | M | T | | | | | |
| 6. AMECX Income Fd of Am | B | Dividend | L | T | | | | | |
| 7. AIVSX Investment Co. of Am | A | Dividend | L | T | | | | | |
| 8. ANWPX New Perspective | A | Dividend | M | T | | | | | |
| 9. AMZN Amazon Com Inc. | | None | | | Sold | 03/17/20 | J | C | |
| 10. NEWFX New World Fd | A | Dividend | J | T | | | | | |
| 11. LSWWX Loomis S GI Alloc | A | Dividend | K | T | Sold (part) | 05/09/20 | J | B | |
| 12. DFIEX DFA Intl Core Eqty Port Inst | | None | J | T | | | | | |
| 13. DFUVX DFA Large Cap Value III Portfolio | | None | J | T | | | | | |
| 14. DISVX DFA Intl Small Cap Value Port Inst | | None | J | T | | | | | |
| 15. DFCEX DFA Emerging Mkts Core Eqty Port Inst | | None | J | T | | | | | |
| 16. BOSVX Bridgeway Omni Sm Cap Value Fd | | None | K | T | | | | | |
| 17. DFVIX DFA Intl Value III Port | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. DFXIX DFA Diversified Fixed Incm Port Inst | | None | M | T | | | | | |
| 19. DFQTX DFA US Core Eqty 2 Port Inst | | None | K | T | | | | | |
| 20. Schwab Money Market | C | Int./Div. | J | T | | | | | |
| 21. FNSXX Fidelity Money Market | | None | | | Sold | 06/17/20 | J | A | |
| 22. IHI IShares Med Devices | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 23. IHI IShares Med Devices | A | Dividend | J | T | Sold (part) | 08/07/20 | J | | |
| 24. MA Mastercard | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 25. HRS Harris Corp | A | Dividend | | | Sold | 03/17/20 | J | A | |
| 26. A WSHX Washington Mutual | A | Dividend | L | T | | | | | |
| 27. JBALX James Hend Bal FD | A | Dividend | K | T | Sold (part) | 08/07/20 | K | A | |
| 28. VBK Vanguard Sm Cap | A | Dividend | J | T | Buy | 11/05/20 | J | | |
| 29. XMMO Invesco Mid Cap | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 30. MSFT Microsoft | | None | J | T | Sold (part) | 06/17/20 | J | A | |
| 31. DIS Disney | | None | | | Sold | 02/10/20 | J | A | |
| 32. CMCSA Comcast | | None | | | Sold | 02/25/20 | J | B | |
| 33. BMY Bristol Myers | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 34. BMY Bristol Myers | A | Dividend | J | T | Sold (part) | 08/17/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 09/01/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. FXL First Trust Tech ETF | A | Dividend | | | Buy | 06/17/20 | J | | |
| 36. FXL First Trust Tech ETF | A | Dividend | | | Sold | 11/05/20 | J | A | |
| 37. JKH Morning Star Mid-Growth | A | Dividend | K | T | Buy | 08/07/20 | J | | |
| 38. JKH Morning Star Mid-Growth | A | Dividend | K | T | Sold<br>(part) | 11/05/20 | J | A | |
| 39. FMJXX Goldman Sachs MM | A | Dividend | | | Buy | 03/24/20 | J | | |
| 40. FMJXX Goldman Sachs MM | A | Dividend | | | Sold | 04/24/20 | J | A | |
| 41. TGT Target Corp. | | None | | | Buy | 02/10/20 | J | | |
| 42. TGT Target Corp. | | None | | | Sold | 02/25/20 | J | A | |
| 43. WMPXX Wells Fargo MM | A | Dividend | | | Buy | 03/06/20 | K | | |
| 44. WMPXX Wells Fargo MM | A | Dividend | | | Sold | 11/06/20 | K | A | |
| 45. AMZN Amazon | | None | J | T | Buy | 11/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schanzle-Haskins, Thomas P.** | 09/01/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 09/01/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Schanzle-Haskins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544